UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STREAM FAMILY LIMITED PARTNERSHIP | : | CIVIL ACTION NO.: 2:22-cv-00794 |
| VS. | : | JUDGE JAMES D. CAIN, JR. |
| STATE FARM FIRE AND CASUALTY COMPANY | : | MAGISTRATE JUDGE KAY |

# RULE 41(a) REQUEST FOR COURT ORDERED DISMISSAL

NOW INTO COURT, through their undersigned counsel of record, come Plaintiffs, **STREAM FAMILY LIMITED PARTNERSHIP**, who pursuant to Rule 41(a) inform the Court that the parties have reached a settlement in this matter and request that the Court dismiss their claims in total against all parties, with prejudice.

I am authorized to advise the Court that:

I have confirmed with all parties to this matter and there is no objection to the filing of this **REQUEST FOR COURT ORDERED DISMISSAL.**

**WHEREFORE,** Plaintiff prays that this Court issue an Order dismissing his claim in total against all Defendants, with prejudice, each party to bear its own costs and expenses.

By:  */s/ Matthew P. Keating*
   DAVID P. BRUCHHAUS (#24326)
   CHAD E. MUDD (#25188)
   MATTHEW P. KEATING (#30911)
   WESLEY A. ROMERO (#33344)
   JAMIE C. GARY (#29203)
   **MUDD, BRUCHHAUS & KEATING, LLC**
   422 E. College Street, Suite B
   Lake Charles, LA 70605
   Telephone: (337) 562-2327
   Facsimile: (337) 562-2391
   *Attorneys for Petitioner,*
   **STREAM FAMILY LIMITED PARTNERSHIP**